**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JOHN ROGALSKI and MARY ROGALSKI,** <br> *Plaintiff,* <br><br>      **v.** <br><br> **WARRINGTON TOWNSHIP et al.,** <br> *Defendants.* | **CIVIL ACTION** <br> **NO. 25-05340** |

<u>**ORDER RE: MOTION TO DISMISS [ECF 23]**</u>

    **AND NOW**, this 18th day of June, 2026, it is hereby **ORDERED** that the Motion to Dismiss [ECF 94] by Defendants Warrington Township, Angela Benner, and Joseph Knox is **GRANTED** with leave to amend as to Plaintiff's First Amendment claim for punitive damages against Defendants Knox and Benner and **DENIED** as to all other claims for the reasons stated in the foregoing Memorandum Opinion. Additionally, Plaintiff's claim for punitive damages against Warrington Township is **STRICKEN** for the reasons stated in the foregoing Memorandum Opinion.

                       **BY THE COURT:**

                       **/s/ Michael M. Baylson**

                       _____

                       **MICHAEL M. BAYLSON**
                       **United States District Court Judge**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 25\25-5340 Rogalski v. Warrington Twnshp\25-5340 Order re DenyGrant MTD.docx