**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JOHN ROGALSKI and MARY ANN ROGALSKI**<br><br>**v.**<br><br>**WARRINGTON TOWNSHIP, JOSEPH KNOX, ANGELA BENNER** | **CIVIL ACTION**<br><br>**NO. 25-5340**<br><br>**DATE OF NOTICE: September 22, 2026** |

***AMENDED* (NEW DATE) NOTICE**

Please be advised that a **PRELIMINARY PRETRIAL CONFERENCE** will be held by telephone on **October 1, 2026 at 11:00 a.m.** with the Honorable Michael M. Baylson. Counsel for Plaintiff will initiate the telephone conference and when all counsel are on the line, will join Chambers on the call (ph: 267-299-7520).

Attached is a Conference Information Report which you are required to complete and forward to the Court (no cover letter needed) **at least two days prior** to the conference. Do not have this Report docketed (Email (Chambers_of_Judge_Michael_Baylson@paed.uscourts.gov or fax to 267-299-5078). Also attached is the Court's Pretrial and Trial Procedures.

If trial counsel in this case is unavailable at the time of the conference, another attorney in trial counsel's office, who should be familiar with the case, is required to appear at the conference. The conference will only be continued to another date only if no attorney familiar with the case is available.

s/ Lori K. DiSanti

Lori K. DiSanti
Deputy Clerk to Judge Baylson
267-299-7520

*rescheduled from 9/30/26 at 11am due to a conflict which arose on Court calendar.

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 25\25-5340 Rogalski v. Warrington Twnshp\25cv5340 PPTC notice.doc